IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-30103 |
| | ) | |
| CHARLES WILLIAM ARMOUR, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendant Charles Armour's Objection to the Magistrate Judge's Report and Recommendation (d/e 13). Armour filed a Motion to Suppress (d/e 9). The Motion to Suppress sought to suppress: (1) statements made by the Defendant to law enforcement officials: (a) during the execution of a search warrant at Armour's residence, and (b) thereafter at a subsequent custodial interrogation; and (2) a shotgun found in Armour's residence during the execution of the warrant. United States Magistrate Judge Byron G. Cudmore conducted an evidentiary hearing on March 18, 2008. Transcript of Proceedings (d/e 16)(Transcript). Judge Cudmore issued a Report and Recommendation recommending denial

of the Motion. <u>Report and Recommendation entered March 31, 2008 (d/e 12)</u>, at 19. The Defendant now objects.

The Court reviews this matter <u>de</u> <u>novo</u>. 28 U.S.C. § 636(b)(1)(C). The Court has thoroughly reviewed the evidence presented at the hearing, the Transcript, the parties' filings, and the authorities cited therein. After thorough consideration, the Court agrees with the Magistrate's Report and Recommendation in all respects and overrules the Defendant's objections. The Court adopts the findings of fact, and conclusions of law in the Report and Recommendation as its own.

THEREFORE, Defendant's Objection to the Magistrate Judge's Report and Recommendation (d/e 13) is OVERRULED. The Court adopts the findings of fact and conclusions of law in the Report and Recommendation entered March 31, 2008 (d/e 12). The Motion to Suppress (d/e 9) is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER: May 7, 2008

    FOR THE COURT:

                                                  s/ Jeanne E. Scott
                                                  JEANNE E. SCOTT
                                        UNITED STATES DISTRICT JUDGE